PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☒ INDICTMENT  ☐ COMPLAINT   CASE NO. CR 19 037 JJM

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
RHODE ISLAND Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: AARON WEISMAN
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): John Kane/Sandra R. Hebert

Defendant: THOMAS HULING

Address:

☐ Interp

**REDACTED**

Birth Date: 10/%

Social Sec

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Internal Revenue Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

Issue: ☒ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 21

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHMENT. | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 14 | ☐ Felony ☐ Misdemeanor |

Attachment to
Defendant Indictment Relative to a Criminal Action – In U.S. District Court

Defendant: THOMAS HULING

COUNTS 1 – 12: Wire Fraud, in violation of 18 U.S.C. Section 1343.

PENALTIES: 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.

COUNTS 13 – 14: Money Laundering, in violation of 18 U.S.C. Section 1957.

PENALTIES: 10 years imprisonment; fine of $250,000 or twice the transaction amount; 3 years supervised release; $100 mandatory special assessment.

COUNTS 15 – 21: Tax Evasion, in violation of 26 U.S.C. Section 7201.
PENALTIES: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment and the costs of prosecution.